IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRISCILLA M. JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-3430 |
| | : | |
| SCHOOL DISTRICT OF | : | |
| PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 24th day of April, 2024, upon consideration of Defendants' Motion to Dismiss (ECF No. 6) and Plaintiff Priscilla Johnson's Response in Opposition thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED in part and DENIED in part as follows:

1. Defendants' Motion is GRANTED as to (a) the § 1983 claims against the School District; (b) the hostile work environment claims against the School District and individual Defendants Jan Smit and Marissa Litman; and (c) the claim for intentional infliction of emotional distress against Smit, Litman, and Defendant Michelle Chapman.

2. Defendants' Motion is DENIED as to the race discrimination claims under (a) Title VII against the School District, (b) § 1981 against Smit and Litman, and (c) the PHRA against the School District, Smit, and Litman.

3. Defendants' Motion is also DENIED as to the retaliation claims under (a) Title VII against the School District, (b) § 1981 against Smit, Litman, and Chapman, and (c) the PHRA against all Defendants.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.